UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                           :
:
                     Plaintiff,           :
:          25-CV-3062 (VSB)
       -against-                                 :
:               **ORDER**
:
$2,711,365.00 IN U.S. CURRENCY              :
RECEVIED BY THE UNITED STATES            :
FROM CHUN GAN ON OR ABOUT              :
FEBRUARY 24, 2025, *et al.*,                          :
                                     X
                    Defendants.
-----------------------------------------------------------

VERNON S. BRODERICK, United States District Judge:

On April 14, 2025, the Government filed a complaint for forfeiture. (Doc. 1.) The Complaint noted that the "Defendants-*in-rem* are currently on deposit in a United States Treasury Suspense Account." (*Id.* ¶ 9.) Accordingly, it is hereby:

ORDERED that the Government file by August 4, 2025 a letter providing a status update of this action, including whether the case can be closed.

SO ORDERED.

Dated:    July 7, 2025
              New York, New York

                                                                  Vernon S. Broderick
                                                                  United States District Judge