UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA
Plaintiff,

- v. -

$2,711,365.00 IN U.S. CURRENCY RECEIVED BY THE UNITED STATES FROM CHUN GAN ON OR ABOUT FEBRUARY 24, 2025; and

$2,711,365.00 IN U.S. CURRENCY RECEIVED BY THE UNITED STATES FROM KE TANG ON OR ABOUT MARCH 6, 2025

Defendants-*in-rem.*

JUDGMENT OF FORFEITURE

25 Civ. 3062 (VSB)

WHEREAS, on or about April 14, 2025, the United States of America (the "Government") commenced an *in rem* forfeiture action seeking the forfeiture of the following property by the filing of a Verified Civil Complaint for Forfeiture (the "Verified Complaint"):

a. $2,711,365.00 in United States Currency received by the United States from Chun Gan on or about February 24, 2025; and

b. $2,711,365.00 in United States Currency received by the United States from Ke Tang on or about March 6, 2025

(a. and b., together, the "Defendants-*in-rem*");

WHEREAS, the Verified Complaint alleged that the Defendants-*in-rem* are subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(A) because there is probable cause to believe that the Defendants-*in-rem* constitutes property involved in the operation of an unlicensed money transmitting business, in violation of Title 18, United States Code, Section 1960;

WHEREAS, notice of the Verified Complaint against the Defendants-*in-rem* was posted on the official government internet site, www.forfeiture.gov, for at least 30 consecutive days, beginning on April 29, 2025 through May 28, 2025, and proof of such publication has been filed with the Clerk of this Court;

WHEREAS, as set forth in Rule G(4)(a)(ii) and Rule G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the notice of forfeiture specified the Defendants-*in-rem* and the intent of the United States to forfeit and dispose of the Defendants-*in-rem*, thereby notifying all third parties of their right to file a claim to adjudicate the validity of their alleged legal interest in the Defendants-*in-rem*, within sixty days from the first day of publication of the Notice on the official government internet site;

WHEREAS Chun Gan and Ke Tang consented to forfeiture of the Defendants-*in-rem* pursuant to deferred prosecution agreements that they entered into with the Government on January 27, 2025, and waived all rights to service or notice of this civil forfeiture proceeding;

WHEREAS, the Government is not aware of any other individuals and/or entities known to have a potential interest in the Defendants-*in-rem*; and

WHEREAS, no claims or answers have been filed or made in this action and no other parties have appeared to contest the action, and the requisite time periods in which to do so, as set forth in Title 18, United States Code, Section 983(a)(4)(A) and Rule G of the Supplement Rules for Admiralty or Maritime Claims and Asset Forfeiture Claims, have expired;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1. The Defendants-*in-rem* shall be, and the same hereby is forfeited to the Plaintiff United States of America.

2. The United States Customs and Border Protection (or its designee, the Office of Fines, Penalties and Forfeitures) shall dispose of the Defendants-*in-rem* according to law.

Dated: New York, New York
August 24, 2026

SO ORDERED:

[signature]

HONORABLE VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE